UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| JAMES THALASINOS, an individual; JACOB THALASINOS, an individual; GREGORY CLAYBORN, an individual; VANESSA NGUYEN, an individual and TRUNG DO, an individual<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, a government entity.<br><br>Defendant. | Case No. SACV 18-01970 AG (MRWx)<br><br>**JUDGMENT** |

The Court enters Judgment against all Plaintiffs and in favor of Defendant the United States.

Dated April 11, 2019

_____
Hon. Andrew J. Guilford
United States District Judge